IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19MJ 190 |
| | ) | |
| BRYANT POOLE, | ) | |
| Defendant. | ) | |

AFFIDAVIT IN SUPPORT OF A
CRIMINAL INFORMATION AND SUMMONS

I, Investigator Mitchell Kale, being duly sworn, state:

INTRODUCTION

1. I am an Investigator with the Fort Belvoir Police Department, Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia. I have been employed as an Investigator with the United States Army since July of 2018. My responsibilities include investigating violations of United States Federal Statutes and Virginia state penal codes. I have been trained comprehensively in conducting damage to Government property investigations.

2. This affidavit is made in support of a criminal information and summons for the following defendant, BRYANT POOLE, who on or about January 9, 2019, did unlawfully, knowingly, and willfully commit the offense of Damage to Government Property within the maritime and territorial jurisdiction of the United States of America, specifically the Fort Belvoir Community Hospital, River Pavilion, in violation of Title 18, United States Code, Section 1361.

3. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation, as well as the observations of other law enforcement officers involved in this investigation. All observations that were not personally made by me were related to me by the person(s) who made such observations.

4. This affidavit contains the information necessary to support probable cause for these applications. The affidavit is not intended to include each and every fact and matter observed by me or known to the government.

PROBABLE CAUSE FOR ARREST

5. Investigation by Investigator Kale revealed that POOLE damaged the wall near the Fort Belvoir Community Hospital, River Pavilion, Reception 1, with a closed fist strike. Captain Usoro Udo reported that the Fort Belvoir Community Hospital Pharmacy declined a refill for POOLE'S prescription as he is a Veteran's Affairs patient. POOLE left the Fort Belvoir Community Hospital Pharmacy in a fit of rage, leaving his hard copy of his prescription. Captain Udo caught up to POOLE, returned the paperwork, and POOLE expressed his frustrations by striking the wall adjacent the Reception 1 desk with a closed fist causing $274.72 worth of damage.

CONCLUSION

6. Based on my training and experience, I respectfully submit that there is probable cause to believe that on January 9, 2019, at Fort Belvoir, Virginia, which is located within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, BRYANT POOLE, did unlawfully, knowingly, and willfully commit the offense of Damage to Government Property, specifically the Fort Belvoir Community Hospital, River Pavilion, in

violation of Title 18, United States Code, Section 1361.

Mitchell S. Kale
Investigator
Fort Belvoir Virginia

State of Virginia

County of Fairfax

Subscribed and sworn before me Devry Gillens, Notary Public, by this 28 day of March 2019.

NOTARY PUBLIC

Devry Gillens
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7626678
My Commission Expires 8/31/2019